# EXHIBIT A

**LUTZ, SHAFRANSKI, GORMAN AND MAHONEY, P.A.**
77 Livingston Avenue
P.O. Box 596
New Brunswick, N.J. 08903
(732) 249-0444
Attorney for Plaintiff(s)

*A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED OFFICER*

| | |
|---|---|
| Plaintiff(s), | SUPERIOR COURT OF NEW JERSEY |
| TIFFANY WARD, | LAW DIVISION: MIDDLESEX COUNTY |
| vs. | DOCKET NO: MID-L-01724-17 |
| Defendant(s), | CIVIL ACTION |
| NEW SUN INTERNATIONAL TRAVEL, INC. | SUMMONS |

## NEW SUN INTERNATIONAL TRAVEL, INC

THE STATE OF NEW JERSEY TO THE DEFENDANT(S) NAMED ABOVE:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each Deputy Clerk of the Superior Court is provided.) If the Complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee $135.00 payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

DATED: April 12, 2017

*Michelle M. Smith*
MICHELLE M. SMITH,
CLERK OF THE SUPERIOR COURT

LAW OFFICES
LUTZ, SHAFRANSKI,
GORMAN & MAHONEY, P.A.
77 Livingston Avenue
P.O. Box 596
New Brunswick, N.J. 08903

NAME OF DEFENDANT(S) TO BE SERVED:
ADDRESS OF THE DEFENDANT(s) TO BE SERVED:

NEW SUN INTERNATIONAL TRAVEL, INC.
100 MAGAZINE ST., SUITE 2
BOSTON, MA 02119

Atlantic County Bar Assoc.
Atlantic County Court House
1201 Bacharach Blvd.
Atlantic City, N.J. 08401
Lawyer Referral Service
(609) 345-3444
Legal Aid & Legal Services
(609) 348-4200

Bergen County Bar Assoc.
15 Bergen Street
Hackensack, N.J. 07601
Lawyer Referral Service
(201) 488-0044
Legal Aid & Legal Services
(201) 487-2166

Burlington County Bar Assoc.
45 Grant Street
Mount Holly, N.J. 08060
Lawyer Referral Service
(609) 261-4862
Legal Aid & Legal Services
(609) 261-1088

Camden County Bar Assoc.
1040 Kings Hwy. N., Suite 201
Cherry Hill, N.J. 08034
Lawyer Referral Service
(856) 482-0618
Legal Aid & Legal Services
(856) 964-2010

Cape May County
Rt. 9, Main Street
P.O. Box 425
Cape May Ct. House, NJ 08210
Lawyer Referral Service
(609) 463-0313
Legal Aid & Legal Services
(609) 465-3001

Cumberland County
4241 Dante Avenue
Vineland, N.J. 08361
Mailing address:
P.O. Box 2374
Vineland, NJ 08362
Lawyer Referral Service
(856) 825-2001
Legal Aid & Legal Services
(856) 451-0003

Essex County Bar Assoc.
470 Dr. Martin Luther King, Jr. Blvd.
Newark, N.J. 07102
Lawyer Referral Service
(973) 533-6775
Legal Aid & Legal Services
(973) 622-0063

Gloucester County Bar Assoc.
Justice Complex
P.O. Box 338
Woodbury, New Jersey 08096
(856) 848-4589
Legal Aid & Legal Services
(856) 848-5360

Hudson County Bar Assoc.
583 Newark Avenue
Jersey City, N.J. 07306
Lawyer Referral Service
(201) 798-2727
Legal Aid & Legal Services
(201) 792-6363

Hunterdon County
P.O. Box 573
Annandale, NJ 08801
Lawyer Referral Service
(908) 735-2611
Legal Aid & Legal Services
(908) 782-7979

Mercer County Bar Assoc.
1245 Whitehorse-Mercerville Rd., Suite 420
Hamilton, NJ 08619-3894
Lawyer Referral Service
(609) 585-6200
Legal Aid & Legal Services
(609) 695-6249

Middlesex County Bar Assoc.
87 Bayard Street
New Brunswick, N.J. 08901
Lawyer Referral Service
(732) 828-0053
Legal Aid & Legal Services
(732) 249-7600

Monmouth County Bar Assoc.
Courthouse
Freehold, New Jersey 07728
Lawyer Referral Service
(732) 431-5544
Legal Aid & Legal Services
(732) 776-7733

Morris County Bar Assoc.
28 Schuyler Pl.
Morristown, N.J. 07960
Lawyer Referral Service
(973) 267-6089
Legal Aid & Legal Services
(973) 285-6911

Ocean County Bar Assoc.
Courthouse
P.O. Box 381
Toms River, New Jersey 08753
Lawyer Referral Service
(732) 240-3666
Legal Aid & Legal Services
(732) 341-2727

Passaic County Bar Assoc.
Courthouse, 2nd Floor
77 Hamilton Street
Paterson, N.J. 07505
Lawyer Referral Service
(973) 278-9223
Legal Aid & Legal Services
(973) 523-2900

Salem County Bar Assoc.
Lawyer Referral Service
(856) 935-5629
Legal Aid & Legal Services
(856) 451-0003

Somerset County Bar Assoc.
Courthouse, 5th Floor
20 N. Bridge Street
Somerville, N.J. 08876
Lawyer Referral Service
(908) 685-2323
Legal Aid & Legal Services
(908) 231-0840

Sussex County Bar Assoc.
28 Schuyler Pl.
Morristown, N.J. 07960
Lawyer Referral Service
(973) 267-6089
Legal Aid & Legal Services
(973) 383-7400

Union County Bar Assoc.
Courthouse, 1st Floor
2 Broad Street
Elizabeth, N.J. 07207
Lawyer Referral Service
(908) 353-4715
Legal Aid & Legal Services
(908) 354-4340

Warren County Bar Assoc.
413 Second St.
Belvidere, N.J. 07823
Legal Aid & Legal Services
(908) 387-1835
Legal Aid & Legal Services
(908) 475-2010

LAW OFFICES
LUTZ, SHAFRANSKI,
GORMAN & MAHONEY, P.A.
27 LIVINGSTON AVENUE
P.O. BOX 098
NEW BRUNSWICK, NJ 08903

LUTZ, SHAFRANSKI, GORMAN AND MAHONEY, P.A.
A Professional Corporation
77 Livingston Avenue
P.O. Box 596
New Brunswick, New Jersey  08903
(732)249-0444
(John R. Gorman, Esq. – Bar# 024551983)
Attorney for Plaintiff

| Plaintiff | : SUPERIOR COURT OF NEW JERSEY |
| --- | --- |
| | LAW DIVISION |
| TIFFANY WARD | : MIDDLESEX COUNTY |
| vs. | : DOCKET NO.  MID- 01724 17 |
| Defendant | : CIVIL ACTION |
| NEW SUN INTERNATIONAL TRAVEL, INC., ABC CORPORATION, AND JOHN DOE (the latter two names fictitious as their true identities are now now known) | : COMPLAINT AND JURY DEMAND |

Plaintiff, residing at 29 Albany Street, Edison, New Jersey, complaining of the defendants, hereby alleges and says:

1. On or around October 10, 2016, the plaintiff was operating an automobile generally eastbound on Woodbridge Avenue at or near its intersection with Amboy Avenue in Edison, New Jersey.

2. At the time and place aforesaid, the defendant(s), New Sun International Travel, Inc., or ABC Corporation, was the owner of a motor vehicle that was carelessly and negligently operated by its agent, servant, employee and/or with its permission by the defendant, John Doe, such that it struck the plaintiff's vehicle.

3. As a direct and proximate result of the carelessness and negligence of the defendants as aforesaid, the plaintiff sustained severe personal injuries, has and will

suffer pain, has and will incur medical expense, and has and will be unable to engage in her usual occupation and activities, all to her damage.

WHEREFORE, plaintiff demands judgment against the defendants for damages, interest, and costs of suit.

## JURY DEMAND

Plaintiff demands trial by jury on all issues herein.

LUTZ, SHAFRANSKI, GORMAN
AND MAHONEY, P.A.
Attorneys for Plaintiff

By: _____
JOHN R. GORMAN

DATED: March 17, 2017.

## DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that the undersigned, John R. Gorman, Esq., is hereby designated trial counsel pursuant to R. 4:25-4.

## CERTIFICATION PURSUANT TO R.4:5-1

The undersigned certifies on behalf of the plaintiff, as follows:

1. I am an attorney at law of the State of New Jersey with the firm of Lutz, Shafranski, Gorman and Mahoney, Esqs., counsel for the above-named plaintiff in the subject litigation.

2. The matter in controversy in this case, is not, to the best of my knowledge, the subject of any other action pending in any Court or pending Arbitration proceeding, nor is any action or Arbitration proceeding contemplated at this time.

3. I am not aware of any other parties who should be joined in this action at the present time.

4. The undersigned hereby certifies that this Complaint contains no personal confidential identifiers and that the undersigned recognizes the responsibility to ensure the same as to subsequent proceedings.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LUTZ, SHAFRANSKI, GORMAN
AND MAHONEY, P.A.
Attorney for Plaintiff

By: _____
JOHN R. GORMAN

DATED: March 7, 2017.

LAW OFFICES
LUTZ, SHAFRANSKI,
MAN & MAHONEY, P.A.
2 LIVINGSTON AVENUE
P.O. BOX 505
BRUNSWICK, N.J. 08903

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed



| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| CHG/CK NO: |
| AMOUNT: |
| OVERPAYMENT: |
| BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| John R. Gorman, Esq. | (732) 249-0444 | Middlesex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Lutz, Shafranski, Gorman and Mahoney, P.A. | MID-01724-18 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 77 Livingston Avenue, P.O. Box 596<br>New Brunswick, NJ 08903 | Complaint |
| | JURY DEMAND ■ Yes ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Tiffany Ward, Plaintiff | Tiffany Ward v. New Sun International Travel, Inc., et als |

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>603N | HURRICANE SANDY RELATED?<br>☐ YES ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO<br>IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING?<br>☐ Yes ■ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>☐ YES ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>Safety Insurance | ☐ NONE<br>☐ UNKNOWN |
|---|---|---|

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ Yes ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain)<br>☐ FAMILIAL ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES ☐ No |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

None known.

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

---

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

**Track III - 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59

---

```
EX VICINAGE CIVIL DIVISION
JX 2633
ATERSON STREET
 BRUNSWICK    NJ 08903-2633
                                          TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 519-3728
COURT HOURS  8:30 AM - 4:30 PM

                       DATE:   MARCH 21, 2017
                       RE:     WARD TIFFANY VS NEW SUN INTERNATIONAL TRAVEL INC
                       DOCKET: MID L -001724 17
```

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON VINCENT LEBLON

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    001
AT:  (732) 519-3728 EXT 3728.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

```
                          ATT: JOHN R. GORMAN
                          LUTZ SHAFRANSKI GORMAN & MAHON
                          77 LIVINGSTON AVENUE
                          PO BOX 996
                          NEW BRUNSWICK    NJ 08903
```

JUMPE